NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL BALDWIN,

    Appellant,

v.             Case No. 2D19-1452

STATE OF FLORIDA,

    Appellee.

_____

Opinion filed September 25, 2020.

Appeal from the Circuit Court for
Pinellas County; Joseph A. Bulone,
Judge.

Howard L. Dimmig, II, Public Defender, and
Matthew J. Salvia, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.